Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.

In the Matter of the Claim of CELIA K. CARLINE, Respondent, against FEDERAL RESERVE BANK OF NEW YORK et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.

In the Matter of the Claim of ANNA GOODMAN, Respondent, against MASELL MANUFACTURING CORP. et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.